IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LATOSHA S. BEAVERS                                                                      PLAINTIFF

v.                                  Case No. 1:25-cv-1041

FRANK BISIGNANO,
Commissioner Social Security Administration                                             DEFENDANT

### ORDER

Before the Court is the Report and Recommendation filed November 13, 2025, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation and finds that Defendant's Unopposed Motion for Reversal and Remand (ECF No. 13) should be and hereby is **GRANTED**. The decision of the Commissioner is **REVERSED**, and this case is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (2006).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty(60)-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S. Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**IT IS SO ORDERED**, this 5th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge