IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LATOSHA BEAVERS                                                                                    PLAINTIFF

v.                                        Case No. 1:25-cv-1041

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                                                     DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on January 20, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Singleton recommends that Plaintiff's Unopposed Motion for Attorney's Fees (ECF No. 17) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon consideration, the Court **ADOPTS** the Report and Recommendation (ECF No. 18) in its entirety. Plaintiff's motion (ECF No. 17) is **GRANTED**, and Plaintiff is awarded attorney's fees in the amount of $8,000.00.

**IT IS SO ORDERED**, this 6th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge